UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RODNEY H. S. KIM,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. CO1-5720FDB

ORDER REJECTING DOCUMENTS FOR FILING

The Court rejected Petitioner's Motion for Order Granting First Amendment to Habeas Petition under 28 U.S.C. § 2241 by Order of May 17, 2005 for the reasons that he sought to amend a petition that had already been denied, that the petition constituted a second or subsequent motion under Section 2255 with no certification from the Ninth Circuit, and he was not entitled to relief under *United States v. Booker,* 543 U.S. \_\_\_\_\_ (2005) because that decision should not be applied retroactively. Petitioner has no permission from the Ninth Circuit to file these motions to reopen judgment and to amend habeas corpus petition. ACCORDINGLY,

    IT IS ORDERED: The documents attached under cover letter dated May 19, 2005 are REJECTED and the Clerk shall not file them. No motions for reconsideration, modification, or clarification of this Order shall be filed or considered.

    DATED this 24th day of May, 2005.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1