1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11
12
13
14

RODNEY H. S. KIM,

        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

Case No. C01-5720FDB

ORDER DENYING LEAVE TO
APPEAL WITHOUT PREPAYMENT
OF FEES

15
16
17
18

      Petitioner has filed a notice of appeal of this Court's denial of his habeas corpus petition as a second or subsequent motion under Section 2255 and that Petitioner is not entitled to relief under *United States v. Booker*, 543 U.S. ____ (2005).  On this record, it is not appropriate to approve the petition to proceed without prepayment of fees.

19
20

      ACCORDINGLY, IT IS ORDERED: Petitioner's application to Proceed without Prepayment of Fees [Dkt. # 45] is DENIED.

21
22
23
24

      DATED this 15th day of July, 2005.

                                        _____

                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE

25
26

ORDER - 1